This is to advise that on August 6, 2012

Senior Judge Richard W. Goldberg

Issued CONFIDENTIAL Slip Op. 12-103

In action

Ct. No. 11-00192

A.L. Patterson, Inc.,
(Plaintiff,)

v.

United States,
(Defendant,)

and

Vulcan Threaded Products, Inc.,
(Defendant-Intervenor.)